United States Court of Appeals
For the Eighth Circuit

No. 23-3628
_____

Brian Albert; Bradley James Albert

*Plaintiffs - Appellants*

v.

James A. Albert; Beatty & Miller Law Firm

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: June 27, 2024
Filed: July 2, 2024
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Brian and Bradley Albert appeal following the district court's[1] dismissal of their pro se civil action for failure to state a claim and denial of their motions for

---

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

counsel and leave to file an amended complaint.  Upon careful review, we find no basis for reversal.  <u>See</u> 8th Cir. R. 47B.

_____